B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Jackson, Cheryl L. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-1051 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>325 Ravine Forest Dr.<br>Lake Bluff, IL<br>ZIP Code 60044 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Lake | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9           of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as         business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. |  |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Jackson, Cheryl L. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Joseph E. Cohen                                    April  5, 2011 |
| | Signature of Attorney for Debtor(s)                    (Date) |
| | Joseph E. Cohen 3123243 |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Jackson, Cheryl L. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Cheryl L. Jackson
Signature of Debtor  Cheryl L. Jackson

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

April  5, 2011
Date

### Signature of Attorney*

X  /s/ Joseph E. Cohen
Signature of Attorney for Debtor(s)

Joseph E. Cohen 3123243
Printed Name of Attorney for Debtor(s)

Cohen & Krol
Firm Name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
Address

312.368.0300  Fax: 312.368.4559
Telephone Number

April  5, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Cheryl L. Jackson _____ Case No. _____

Debtor(s)   Chapter   7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                           Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Cheryl L. Jackson
                        Cheryl L. Jackson

Date:   April 5, 2011

B6D (Official Form 6D) (12/07)

In re     Cheryl L. Jackson                                                                                              Case No. _____
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.  American Home Mortgage P.O. Box 660029 Dallas, TX 75266 | X | J | Mortgage  325 Ravine Forest Dr. Lake Bluff, IL 60044 | | | | | |
| | | | Value $          600,000.00 | | | | 532,689.00 | 0.00 |
| Account No. 0252  US Bank PO Box 5227 Cincinnati, OH 45202-5227 | X | J | Second Mortgage  325 Ravine Forest Dr. Lake Bluff, IL 60044 | | | | | |
| | | | Value $          600,000.00 | | | | 61,439.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

_0_ continuation sheets attached

| | Subtotal (Total of this page) | 594,128.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 594,128.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    Cheryl L. Jackson _____ ,    Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

      A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

      The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

      Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

      Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

      Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

      Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

      Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

      Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

      Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

      Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

      Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____

      * Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                              4     continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re    Cheryl L. Jackson                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2002 | | | | | | |
| Department of the Treasury Internal Revenue Service PO Box 480 Mail Stop 660 Holtsville, NY 11742-0480 | | J | past due taxes | | | | 5,849.50 | 0.00 | 5,849.50 |
| Account No. | | | 2007 | | | | | | |
| Department of the Treasury Internal Revenue Service PO Box 480 Mail Stop 660 Holtsville, NY 11742-0480 | | J | past due taxes | | | | 5,113.29 | 0.00 | 5,113.29 |
| Account No. | | | 2008 | | | | | | |
| Department of the Treasury Internal Revenue Service PO Box 480 Mail Stop 660 Holtsville, NY 11742-0480 | | J | past due taxes | | | | 17,301.59 | 0.00 | 17,301.59 |
| Account No. | | | 2005 | | | | | | |
| Department of the Treasury Internal Revenue Service Po Box 480 Mail Stop 660 Holtsville, NY 11742-0480 | | J | past due taxes | | | | 2,845.67 | 0.00 | 2,845.67 |
| Account No. | | | 2006 | | | | | | |
| Department of the Treasury Internal Revenue Service Chicago, IL 60604 | X | J | Business debt- levy | | | | 8,496.11 | 0.00 | 8,496.11 |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 39,606.16 | 0.00 | |
| | 39,606.16 | |

B6E (Official Form 6E) (4/10) - Cont.

In re    Cheryl L. Jackson                                                     ,    Case No. _____
                          **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | **TYPE OF PRIORITY** | | | | | | |
| Account No. | | | | 2008 | | | | | | |
| Department of the Treasury Internal Revenue Service PO Box 145566 Cincinnati, OH 45250-5566 | X | J | | 941 tax Business debt | | | | 321.73 | 0.00 | 321.73 |
| Account No. 4271 | | | | 2009 | | | | | | |
| IL Dept of Employment Security Account Analysis 33 S. State St., 10th Floor Chicago, IL 60603-2802 | | J | | unemployment insurance- Business debt | | | | 1,360.67 | 8.00 | 1,352.67 |
| Account No. | | | | 2002-2008 | | | | | | |
| Illinois Department of Revenue P.O .Box 19035 Springfield, IL 62794-9035 | X | W | | unpaid taxes | | | | 11,457.25 | 8,806.17 | 2,651.08 |
| Account No. | | | | 2006 | | | | | | |
| Illinois Department of Revenue Bankruptcy Division 100 W. Randolph Street Chicago, IL 60601 | | J | | unemployment insurance | | | | 678.17 | 0.00 | 678.17 |
| Account No. | | | | 2009 | | | | | | |
| Illinois Department of Revenue P.O. Box 19084 Springfield, IL 62794-9084 | | H | | | | | | 1,082.00 | 0.00 | 1,082.00 |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 8,814.17 |
| (Total of this page) | 14,899.82 | 6,085.65 |

B6E (Official Form 6E) (4/10) - Cont.

In re     Cheryl L. Jackson                                    ,          Case No. _____
                              **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Illinois Department of Revenue<br>P.O. Box 19084<br>Springfield, IL 62794-9084 | | H | 2010 | | | | 249.00 | 0.00 | 249.00 |
| Account No.<br><br>Illinois Department of Revenue<br>P.O. Box 19084<br>Springfield, IL 62794-9084 | | W | 2009 | | | | 656.00 | 0.00 | 656.00 |
| Account No.<br><br>Illinois Department of Revenue<br>P.O. Box 19084<br>Springfield, IL 62794-9084 | | W | 2010 | | | | 604.00 | 0.00 | 604.00 |
| Account No.<br><br>Internal Revenue Service<br>230 South Dearborn Street<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | | J | 2007<br><br>941 taxes<br>Business debt | | | | 32,973.73 | 0.00 | 32,973.73 |
| Account No.<br><br>Internal Revenue Service<br>230 South Dearborn Street<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | | J | 2009<br><br>941 taxes<br>Business debt | | | | 18,734.98 | 0.00 | 18,734.98 |

Sheet  3   of  4   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 53,217.71 | 53,217.71 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Cheryl L. Jackson                                    ,            Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | | | |
| Internal Revenue Service 230 South Dearborn Street Mail Stop 5010 CHI Chicago, IL 60604 | | W | | | | | 5,367.00 | 0.00 | 5,367.00 |
| Account No. | | | 2009 | | | | | | |
| Internal Revenue Service 230 South Dearborn Street Mail Stop 5010 CHI Chicago, IL 60604 | | H | | | | | 4,874.00 | 0.00 | 4,874.00 |
| Account No. | | | 2010 | | | | | | |
| Internal Revenue Service 230 South Dearborn Street Mail Stop 5010 CHI Chicago, IL 60604 | | W | | | | | 3,900.00 | 0.00 | 3,900.00 |
| Account No. | | | 2010 | | | | | | |
| Internal Revenue Service 230 South Dearborn Street Mail Stop 5010 CHI Chicago, IL 60604 | | H | | | | | 3,933.00 | 0.00 | 3,933.00 |
| Account No. | | | 2001 | | | | | | |
| Internal Revenue Service 230 South Dearborn Street Mail Stop 5010 CHI Chicago, IL 60604 | | J | | | | | 2,776.00 | 0.00 | 2,776.00 |

Sheet _4_ of _4_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 20,850.00 | 0.00 / 20,850.00 |
| Total (Report on Summary of Schedules) | 128,573.69 | 8,814.17 / 119,759.52 |

B6F (Official Form 6F) (12/07)

In re       Cheryl L. Jackson
_____,       Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Altair Eyewear<br>10875 International Dr.<br>Rancho Cordova, CA 95670 | | | J | | Business debt | | | | 1,000.00 |
| Account No. 2727<br><br>Anesthesia Consultants Ltd<br>c/o Certified Services Inc.<br>PO Box 177<br>Waukegan, IL 60079-0177 | | W | | | Medical | | | | 278.44 |
| Account No. 3368<br><br>Capital One Bank<br>PO Box 6492<br>Carol Stream, IL 60197 | | W | | | Credit Card | | | | 5,300.00 |
| Account No. 9803<br><br>Capital One USA NA<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | | W | | | Credit Card | | | | 5,000.00 |
| __7__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | | | 11,578.44 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Cheryl L. Jackson                                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0265<br><br>CBCS for Northwestern<br>Lake Forest Hospital<br>PO Box 165025<br>Columbus, OH 43216-5025 | X | J | Medical | | | | 218.00 |
| Account No. 0271<br><br>CBCS for Northwestern<br>Lake Forest Hospital<br>PO Box 165025<br>Columbus, OH 43216-5025 | X | J | Medical | | | | 458.55 |
| Account No. 2045<br><br>Chase<br>Cardmember Service<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | W | Credit Card | | | | 5,297.21 |
| Account No. 4430<br><br>Chase<br>Cardmember Service<br>PO Box 185153<br>Wilmington, DE 19886-5153 | | W | Credit Card | | | | 10,383.00 |
| Account No. 6499<br><br>ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | | W | Utility | | | | 61.67 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,418.43

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Cheryl L. Jackson                                                                    ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Continental Optics 3651 West Irving Park Chicago, IL 60618 | | W | | | | | | 1,167.35 |
| Account No. | | | | Personal Loan | | | | |
| David and Barbara Jackson 5410 Oak Run Farwell, MI 48622 | X | | J | | | | | 15,000.00 |
| Account No. | | | | Business debt | | | | |
| Davis Vision Frames/Excel Advantage 159 Express St. PO Box 9104 Plainview, NY 11803 | | W | | | | | | 1,253.50 |
| Account No. | | | | | | | | |
| DeLage Landen 1111 Old Eagle School Rd. Wayne, PA 19087 | | W | | | | | | 6,855.00 |
| Account No. | | | | Business debt | | | | |
| Fairway Optical PO Box 5366 Kansas City, MO 64131 | | W | | | | | | 23.93 |

Sheet no. _2__ of _7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                24,299.78

B6F (Official Form 6F) (12/07) - Cont.

In re   Cheryl L. Jackson
                                                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Glenview State Bank <br> 800 Waukegan Road <br> Glenview, IL 60025 | X | J | | | | | 416.83 |
| Account No. <br><br> Helanders Lake Forest <br> 28835 Herky Drive #221 <br> Lake Bluff, IL 60044 | | W | | | | | 300.00 |
| Account No. <br><br> HomePages <br> 509 W Old NW Hwy <br> Ste 100 <br> Barrington, IL 60010 | | W | | | | | 710.00 |
| Account No. 2471 <br><br> JC Penney <br> P.O. Box 960001 <br> Orlando, FL 32896-0001 | | W | Credit Card | | | | 185.00 |
| Account No. <br><br> Keyth Technologies <br> 1575 Oakwood Avenue <br> Highland Park, IL 60035-3662 | X | J | | | | | 495.70 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,107.53

B6F (Official Form 6F) (12/07) - Cont.

In re    Cheryl L. Jackson                                                     ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Lease | | | | |
| Lake Effect Development III, LLC c/o Zukowski, Rogers, Flood & McArd 50 Virginia St. Crystal Lake, IL | | W | | | | | | 197,991.71 |
| Account No. 7805 | | | | Medical | | | | |
| Lake Forest E.R. Physicians c/o Malcolm S Gerald and Associates 332 South Michigan Ave Suite 600 Chicago, IL 60604 | X | | J | | | | | 253.00 |
| Account No. 8490 | | | | Medical | | | | |
| Lake Forest E.R. Physicians 323 South Michigan Avenue Suite 600 Chicago, IL 60604 | X | | J | | | | | 163.00 |
| Account No. 6296 | | | | Medical | | | | |
| Lake Forest Hospital 75 Remittance Drive Suite 6802 Chicago, IL 60675-6802 | X | | J | | | | | 79.00 |
| Account No. 2727 | | | | Medical | | | | |
| Lake Forest Hospital 75 Remittance Drive Suite 6802 Chicago, IL 60675-6802 | X | | J | | | | | 597.55 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

199,084.26

B6F (Official Form 6F) (12/07) - Cont.

In re   Cheryl L. Jackson                                              ,        Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Larson Marine 625 E. SeaHorse Dr. Waukegan, IL 60085 | X | J | | | | | 5,837.69 |
| Account No. | | | | | | | |
| Progressive Universal Insurance Credit Collection Services Two Wells Ave Newton Center, MA 02459 | | J | | | | | Unknown |
| Account No. | | | | personal loan | | | | |
| Robert and Donna Eskew 911 Enos Lane Godfrey, IL 62035 | X | J | | | | | 40,000.00 |
| Account No. | | | | | | | |
| Safilo USA 801 Jefferson Rd Parsippany, NJ 07054-3710 | | W | | | | | 4,000.00 |
| Account No. | | | | | | | |
| Secure Storage 350 Lakehurst Rd Waukegan, IL 60085 | | - | | | | | Unknown |

Sheet no. _5_ of _7_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              49,837.69

B6F (Official Form 6F) (12/07) - Cont.

In re    Cheryl L. Jackson                                              ,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>SKO Brenner American<br>841 Merrick Road.<br>PO Box 9320<br>Baldwin, NY 11510 | | W | | | | | 45.85 |
| Account No. 4786 <br><br>Target National Bank<br>PO Box 628<br>Buffalo, NY 14240-0628 | | W | Credit Card | | | | 3,500.00 |
| Account No. <br><br>UPS<br>55 Glenlake Parkway, NE<br>Atlanta, GA 30328 | | W | | | | | 69.00 |
| Account No. <br><br>US Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | X | J | Overdrawn checking | | | | 150.00 |
| Account No. 7001 <br><br>Weltman Bernfield LLC<br>485 E. Half Day Road, Suite 250<br>Buffalo Grove, IL 60089-8806 | X | J | Accountant fees | | | | 3,452.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,216.85

B6F (Official Form 6F) (12/07) - Cont.

In re   Cheryl L. Jackson                                                    ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 7002 | | | | Accountant fees | | | | |
| Weltman Bernfield LLC 485 E. Half Day Road, Suite 250 Buffalo Grove, IL 60089-8806 | X | | J | | | | | 11,883.00 |
| Account No. | | | | | | | | |
| Wisconsin Vision Associates, Inc. 139 W. chestnut PO Box 900 Burlington, WI 53105-0900 | | W | | | | | | 28,246.34 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 40,129.34 |
| Total (Report on Summary of Schedules) | | 350,672.32 |

B6G (Official Form 6G) (12/07)

.

In re    Cheryl L. Jackson                                                                    Case No. _____
                                                                          ,
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Lake Effect Property Management LLC<br>10 East Scranton Avenue<br>Lake Bluff, IL 60044 | Acct# 81A<br>Business debt- rent |

_____

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    Cheryl L. Jackson                                                    ,        Case No. _____
                                           Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | US Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | CBCS for Northwestern<br>Lake Forest Hospital<br>PO Box 165025<br>Columbus, OH 43216-5025 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | CBCS for Northwestern<br>Lake Forest Hospital<br>PO Box 165025<br>Columbus, OH 43216-5025 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | David and Barbara Jackson<br>5410 Oak Run<br>Farwell, MI 48622 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | Glenview State Bank<br>800 Waukegan Road<br>Glenview, IL 60025 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | Keyth Technologies<br>1575 Oakwood Avenue<br>Highland Park, IL 60035-3662 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | Lake Forest E.R. Physicians<br>c/o Malcolm S Gerald and Associates<br>332 South Michigan Ave Suite 600<br>Chicago, IL 60604 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | Lake Forest E.R. Physicians<br>323 South Michigan Avenue<br>Suite 600<br>Chicago, IL 60604 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | Lake Forest Hospital<br>75 Remittance Drive<br>Suite 6802<br>Chicago, IL 60675-6802 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | Lake Forest Hospital<br>75 Remittance Drive<br>Suite 6802<br>Chicago, IL 60675-6802 |

1

_____ continuation sheets attached to Schedule of Codebtors

In re    Cheryl L. Jackson                                            ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | Larson Marine<br>625 E. SeaHorse Dr.<br>Waukegan, IL 60085 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | Robert and Donna Eskew<br>911 Enos Lane<br>Godfrey, IL 62035 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | Weltman Bernfield LLC<br>485 E. Half Day Road, Suite 250<br>Buffalo Grove, IL 60089-8806 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | Weltman Bernfield LLC<br>485 E. Half Day Road, Suite 250<br>Buffalo Grove, IL 60089-8806 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | American Home Mortgage<br>P.O. Box 660029<br>Dallas, TX 75266 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | US Bank<br>PO Box 5227<br>Cincinnati, OH 45202-5227 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | Illinois Department of Revenue<br>P.O .Box 19035<br>Springfield, IL 62794-9035 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | Department of the Treasury<br>Internal Revenue Service<br>Chicago, IL 60604 |
| David Jackson<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 145566<br>Cincinnati, OH 45250-5566 |

Sheet   1   of   1   continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Cheryl L. Jackson                     Case No. _____
                               Debtor(s)           Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___27___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    April  5, 2011                           Signature    /s/ Cheryl L. Jackson _____
                                                        Cheryl L. Jackson
                                                        Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Cheryl L. Jackson                                    Case No. _____
                                            Debtor(s)          Chapter      7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>American Home Mortgage | **Describe Property Securing Debt:**<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 |

Property will be (check one):
   ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>US Bank | **Describe Property Securing Debt:**<br>325 Ravine Forest Dr.<br>Lake Bluff, IL 60044 |

Property will be (check one):
   ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt           ■ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

B8 (Form 8) (12/08)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  April  5, 2011                          Signature    /s/ Cheryl L. Jackson

                                                           Cheryl L. Jackson
                                                           Debtor

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    Cheryl L. Jackson

Debtor(s)

Case No.

Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

2.   $   367.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■ Debtor        □ Other (specify):

4.   The source of compensation to be paid to me is:

■ Debtor        □ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

□ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
        Representations of Debtor against Motions for Relief and Motions to Dismiss

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    April  5, 2011

/s/ Joseph E. Cohen
Joseph E. Cohen 3123243
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312.368.0300  Fax: 312.368.4559

---

Advanced Recovery
901 East Eighth Ave
Suite 206
King of Prussia, PA 19406


Altair Eyewear
10875 International Dr.
Rancho Cordova, CA 95670


American Home Mortgage
P.O. Box 660029
Dallas, TX 75266


Anesthesia Consultants Ltd
c/o Certified Services Inc.
PO Box 177
Waukegan, IL 60079-0177


Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza
Suite 1932
Chicago, IL 60654


Capital One Bank
PO Box 6492
Carol Stream, IL 60197


Capital One USA NA
PO Box 6492
Carol Stream, IL 60197-6492


CBCS for Northwestern
Lake Forest Hospital
PO Box 165025
Columbus, OH 43216-5025


CBCS for Northwestern
Lake Forest Hospital
PO Box 165025
Columbus, OH 43216-5025


Chase
Cardmember Service
PO Box 15298
Wilmington, DE 19850-5298

Chase
Cardmember Service
PO Box 185153
Wilmington, DE 19886-5153


Codilis & Associates
15 W 030 North Frontage Road
Suite 100
Burr Ridge, IL 60527


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Continental Optics
3651 West Irving Park
Chicago, IL 60618


David and Barbara Jackson
5410 Oak Run
Farwell, MI 48622


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044

```
David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044
```

David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


David Jackson
325 Ravine Forest Dr.
Lake Bluff, IL 60044


Davis Vision Frames/Excel Advantage
159 Express St.
PO Box 9104
Plainview, NY 11803


DeLage Landen
1111 Old Eagle School Rd.
Wayne, PA 19087


Department of the Treasury
Internal Revenue Service
PO Box 480 Mail Stop 660
Holtsville, NY 11742-0480


Department of the Treasury
Internal Revenue Service
PO Box 480 Mail Stop 660
Holtsville, NY 11742-0480


Department of the Treasury
Internal Revenue Service
PO Box 480 Mail Stop 660
Holtsville, NY 11742-0480


Department of the Treasury
Internal Revenue Service
Po Box 480 Mail Stop 660
Holtsville, NY 11742-0480


Department of the Treasury
Internal Revenue Service
Chicago, IL 60604


Department of the Treasury
Internal Revenue Service
PO Box 145566
Cincinnati, OH 45250-5566

Fairway Optical
PO Box 5366
Kansas City, MO 64131


GC Services
PO Box 19035
Springfield, IL 62794-9035


Glenview State Bank
800 Waukegan Road
Glenview, IL 60025


Helanders Lake Forest
28835 Herky Drive #221
Lake Bluff, IL 60044


HomePages
509 W Old NW Hwy
Ste 100
Barrington, IL 60010


IL Dept of Employment Security
Account Analysis
33 S. State St., 10th Floor
Chicago, IL 60603-2802


Illinois Department of Revenue
P.O .Box 19035
Springfield, IL 62794-9035


Illinois Department of Revenue
Bankruptcy Division
100 W. Randolph Street
Chicago, IL 60601


Illinois Department of Revenue
P.O. Box 19084
Springfield, IL 62794-9084


Illinois Department of Revenue
P.O. Box 19084
Springfield, IL 62794-9084

Illinois Department of Revenue
P.O. Box 19084
Springfield, IL 62794-9084

Illinois Department of Revenue
P.O. Box 19084
Springfield, IL 62794-9084

Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

JC Penney
P.O. Box 960001
Orlando, FL 32896-0001

Joseph P. Lewand
263 N York Rd
Suite 201
Elmhurst, IL 60126


Keyth Technologies
1575 Oakwood Avenue
Highland Park, IL 60035-3662


Lake Effect Development III, LLC
c/o Zukowski, Rogers, Flood & McArd
50 Virginia St.
Crystal Lake, IL


Lake Effect Property Management LLC
10 East Scranton Avenue
Lake Bluff, IL 60044


Lake Forest E.R. Physicians
c/o Malcolm S Gerald and Associates
332 South Michigan Ave Suite 600
Chicago, IL 60604


Lake Forest E.R. Physicians
323 South Michigan Avenue
Suite 600
Chicago, IL 60604


Lake Forest Hospital
75 Remittance Drive
Suite 6802
Chicago, IL 60675-6802


Lake Forest Hospital
75 Remittance Drive
Suite 6802
Chicago, IL 60675-6802


Larson Marine
625 E. SeaHorse Dr.
Waukegan, IL 60085


Malcolm S. Gerald and Associates
332 South Michigan Ave
Suite 600
Chicago, IL 60604

McCarthy Burgess & Wolf
26000 Canon Dr
Bedford, OH 44146


Progressive Universal Insurance
Credit Collection Services
Two Wells Ave
Newton Center, MA 02459


Robert and Donna Eskew
911 Enos Lane
Godfrey, IL 62035


Safilo USA
801 Jefferson Rd
Parsippany, NJ 07054-3710


Secure Storage
350 Lakehurst Rd
Waukegan, IL 60085


SKO Brenner American
841 Merrick Road.
PO Box 9320
Baldwin, NY 11510


Target National Bank
PO Box 628
Buffalo, NY 14240-0628


Transworld Systems Inc.
PO Box 4903
Trenton, NJ 08650-4903


UPS
55 Glenlake Parkway, NE
Atlanta, GA 30328


US Bank
PO Box 5227
Cincinnati, OH 45202-5227


US Bank
PO Box 790408
Saint Louis, MO 63179-0408

Weltman Bernfield LLC
485 E. Half Day Road, Suite 250
Buffalo Grove, IL 60089-8806


Weltman Bernfield LLC
485 E. Half Day Road, Suite 250
Buffalo Grove, IL 60089-8806


Wisconsin Vision Associates, Inc.
139 W. chestnut
PO Box 900
Burlington, WI 53105-0900